IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> AUTUMN FAITH CANNADAY, <br><br> Defendant. | Case No. CR-17-38-BLG-SPW <br><br> ORDER ALLOWING FILING OF DOCUMENT UNDER SEAL |

UPON MOTION of the Defendant (Doc. 24) and good cause appearing,

IT IS HEREBY ORDERED that the Defendant's Psychological Evaluation is filed under seal.

The Clerk of the Court is to notify counsel of the making of this Order.

DATED this 10th day of October, 2017.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1