FILED

MAR 0 6 2018

Clerk, U S District Court
District Of Montana
Billings

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**AUTUMN FAITH CANNADAY,**<br><br>**Defendant.** | **CR 17-38-BLG-SPW**<br><br>**FINAL ORDER OF FORFEITURE** |

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture (Doc. 34). Having reviewed said motion, the Court FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d);

2. A Preliminary Order of Forfeiture was entered on September 11, 2017;

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

4. There appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d);

It is therefore ORDERED, DECREED, AND ADJUDGED that:

1. The Motion for Final Order of Forfeiture (Doc. 34) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- Israel Arms International, model 2000, .45 caliber, semi-automatic pistol (serial number 4500183);

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 6th day of March, 2018.

Susan P. Watters

SUSAN P. WATTERS
United States District Court Judge